# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Michael Allen Lee Y-17162

_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v. Badge

J. Powell # 6774
Anthony D. Wells
Wexford Health Sources
Angela Crain

*Defendant(s)/Respondent(s)*

Case Number: 22-2174 - DWD

*(Clerk's Office will provide)*

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.  JURISDICTION

**Plaintiff:**

A.  Plaintiff's mailing address, register number, and present place of confinement.

Michael Allen Lee ID# Y-17162
Menard, CC
P.O. Box 1000
Menard, IL 62259

**Defendant #1:**

B.  Defendant ___J. Powell Badge # 6774___ is employed as
(a)   (Name of First Defendant)

___Correctional officer___
(b)   (Position/Title)

with ___Illinois Department of Corrections___
(c)   (Employer's Name and Address)

___unknown addresse's.___

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain: IDoc is State whiche's whom employ's Defendant #1.

Rev. 10/3/19

**Defendant #2:**

C.   Defendant _ANThonY A. Wellis_ is employed as

(Name of Second Defendant)

_WARdEN_

(Position/Title)

with _ILLinois DePaRtment of correct+oos_

(Employer's Name and Address)

_UnKnown Address_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain: _IDoc is state, which is whom eMploy's Defendant #2._

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

DeFEndant _wexFoid HealtH souRces_ is eMployed as

(Name of Third DefendanT)

_MedPcal comPany_

(PosPtion/TPtle)

WPtH _ILLinois Department of correctPons_

(eMPloieRS name And Address)

_Unknown Address_

At The TPMe The claPM(S) Alleged Pn thPs coMPlaPnt A Rose, was DeFendant # 3 eMPloyed BY the state, Local, oR FedeRal governMent?  ☑ Yes ☐ No

IF You ansWeR Ps Yes, BrPePly explaPng IDoc Ps state whPch eMPloyed wexFord health souRces DeFendant # 3.

Additional Defendant(s)
  Defendant #4

   E. Defendant ___ANGELA CRAIN___ is employed as
                (a)(Name of fourth Defendant)

            ___Rn, BSn, HCUA___
            (B)  (Position/Title)

   With __Wexford Health Sources And Illinois Department of Corrections__
         (C)    (Employers name And Address)

        ___Unknown Addresses.___


   At The time The claims Alleged This complaint arose, was
   Defendant #4  employed By the state, local, or Federal government?
       ☑ Yes  ☐ No


   FF Your answer is Yes, Briefly explain 8
      Wexford Healthsources And FDoc is state which is
       Whom employs Defendant #4

Additional Defendant(s)

Defendant #5

F. Defendant ___CRANE___ is employed as
      (a) (Name of Fifth Defendant)

    ___Nurse Practitioner___
      (B) (Position / Title)

With ___Wexford heatlh sources, And Illinois department of corrections___
      (C) (employers name and addresses)

    ___Un Known Addresses___


At the Time The claim's Alleged This complaint Arose, was Defendant
#5 employed By The state, Local, or Federal government? ☐Yes ☐no
  If your answer is Yes, Briefly explain: Wexford health
  sources and IDOC is state. which is whomemploys
    Defendant # 5.

Additional  Defendant (S)

Defendant #6

6. Defendant A. DeuRMond ___ is employed as
   (a) (name of SIXTH Defendant)

   ___ NuRse PRactitioneR ___
   (B)  (Position/ Title)

With ___ Wex foRd Health soorces  And Idoc
         (employers name and Address)

   ___ Unknown  AddResses.

At the time the claims Alleged This complaint ARose, was
Defendant#6  employed By the state, local, oR FedeRal
GoveRnment ?   ☒ Yes   ☐ No

   If youR answer is yes, BRiefly explaing Idoc
    And wexfoRd Health soorces  aRe state
    which  is  whom employs Defendant #6.

II. Previous Lawsuits

1.) Parties To Previous Lawsuits:
   Plaintiff(s): LEE


   Defendant(s): ILLINOIS Department of Corrections
2.) Court (if federal court, Name of The district; if state court, Name of The county): Central District.
3.) Docket Number: 1:18-CV-01081
4.) Name of Judge To whom case was assigned: Unknown.
5.) Type of case (for example: was it a habeas corpus, or civil Rights action?): civil Rights action.
6.) Disposition of case (for example: was The case dismissed? was it Appealed? Is it still pending?: Case dismissed. No Appeal.
7.) Approximate date of filing Lawsuit: 02-23-2018.
8.) Approximate date of disposition: 2019.
9.) was The case dismissed as Being frivolous, Malicious, or for failure To state a claim upon which Relief May Be granted and / or did The court Tell you that you Received a "strike"? No.

II. PREVIOUS Lawsuits

1. PARTIES TO PREVIOUS Lawsuits
   PLAINTIFF(S): LEE

   Defendant(s): TOM DART
2. COURT (if federal court, NAMe of The district; if state COURT, name of THE county): NORTHERN DISTRICT.
3. DOCKET NUMBER 1:19-CV-00552
4. NAMe of Judge To whom Case was Assigned: GARY FEIRERMAN. MAGISTRATE Judge Rowland.
5.) TYPe of case (for exAMPle: was it a habeas corpus, or Civil Rights action?): Civil Rights action.
6. Disposition of case (FOR exAMPle: was The case dismissed? was it APPealed? is it STill Pending?: Case Dismissed, case was APPealed, and dismissed Again.
7. APProximate date of filing LawSuit: 1/28/2019.
8. APPROXimate date of disposition: 2020.
9. was The case dismissed as Being FRivolous, MAlicious, OR FoR FAiluRe To state a claim upon which Relief may Be granted and / oR did The court Tell You That You Received a "STRIKE?" NO.

II. Previous Lawsuits

1. Parties to Previous Lawsuits:
   Plaintiff(s): Lee

   Defendant(s): L. Rogers

2. Court (if federal court, name of the district; if state court, name of the county): Northern District.

3. Docket Number: 1:19-cv-02862

4. Name of Judge to whom case was Assigned: Rowland.

5. Type of case (for example: was it a habeas corpos, or civil rights action): Civil rights action.

6. Disposition of case (for example: was the case dismissed? was it appealed? is it still pending? Case reached settlement.

7.) Approximate date of filing lawsuit: 4-29-2019.

8.) Approximate date of disposition: 2021.

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" No.

II. Previous Lawsuits

1. Parties To Previous Lawsuits :
   Plaintiff (s) : LEE

   Defendant(s) : LT. Johnson

2. Court ( of federal court, Name of The district; of state court, name of The county) : Northern District.

3. Docket number : 1:20-CV-00-4136

4. Name of Judge to whom case was assigned : Susan Cox.

5.) Type of case (for example : was it A habeas corpus, or civil Rights action )? : civil Rights action.

6. Disposition of case (for example : was the case dismissed? was it appealed? is it still pending? Case settled. No Appeal.

7. Approximate date of filing lawsuit : 7/14/2020.

8. Approximate date of disposition : 2021.

9. Was The case dismissed as Being frivolous, malicious, or for failure to state a claim upon which relief may Be granted and / or did The court tell you That you Received a "strike?" No.

II. PREVIOUS LAWSUITS

    1. PARTIES TO PREVIOUS LAWSUITS:
      PLAINTIFF (S): Lee

      Defendant(S): A. Diaz

2. COURT (IF FEDERAL COURT, NAME OF THE DISTRICT; IF STATE COURT, NAME OF THE COUNTY): NORTHERN DISTRICT.

3. DOCKET NUMBER: 1:21-CV-02228

4. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: GARY FEINERMAN.

5. TYPE OF CASE (FOR EXAMPLE: WAS IT A HABEAS CORPUS, OR CIVIL RIGHTS ACTION?): CIVIL RIGHTS ACTION.

6. DISPOSITION OF CASE (FOR EXAMPLE: WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?): CASE WAS DISMISSED, AND RE-OPENED. CASE PENDING.

7. APPROXIMATE DATE OF FILING LAWSUIT: 4/26/2021.

8. APPROXIMATE DATE OF DISPOSITION: 2022.

9. WAS THE CASE DISMISSED AS BEING FRIVOLOUS, MALICIOUS, OR FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED AND/OR DID THE COURT TELL YOU THAT YOU RECEIVED A "STRIKE?": NO.

II. Previous Lawsuits

1. Parties to Previous Lawsuits:
   Plaintiff(s): Lee

   Defendant(s): Gonzalez

2. Court (if Federal court, name of the district; if state court, name of the county): Southern District.

3. Docket Number: 3:22-cv-00039-NJR

4. Name of Judge to whom case was assigned: Nancy J. Rosenstengel.

5. Type of case (for example: was it a habeas corpus, or civil rights action?): Civil rights action.

6. Disposition of case (for example: was the case dismissed? was it appealed? is it still pending?): Case is pending.

7. Approximate date of filing Lawsuit: 1-18-2022.

8.) Approximate date of Disposition: 2022.

9. Was the case dismissed as being previous, malicious, or for failure to state a claim upon which relief may be granted and (or did the court tell you that you received a "strike?") No.

11. Previous Lawsuits

   1. Parties to Previous Lawsuits:
     Plaintiff(s): Lee

     Defendant(s): Brookhart

2. Court (if Federal Court, Name of the District; if state Court, name of the county): Southern District.

3. Docket Number: 3:21-cv-00902-SMY

4. Name of Judge to Whom case was assigned: Stacy M. Yandle

5. Type of case (for example: was it a habeas corpus, or Civil Rights action?): Civil Rights action.

6. Disposition of case (for example: was the case dismissed? was it Appealed? is it still pending?: Case was Voluntarily dismissed by plaintiff.

7. Approximate date of filing Lawsuit: 8-9-2021

8. Approximate date of Disposition: 9-13-2021.

9. was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and /or did the court tell you that you received a "strike"? No.

II. Previous Lawsuits

1. Parties to previous Lawsuits
   Plaintiff(s): Lee

   Defendant(s): Totten

2. Court (if federal court, name of the district; if state court, name of the county): Southern District.

3. Docket number: 3:21-cv-0119-SPM

4. Name of Judge to whom case was assigned: Stephen P. Mcglynn.

5. Type of case (for example: was it a habeas corpus, or civil rights action?): civil rights action.

6. Disposition of case (for example: was the case dismissed? was it appealed? is it still pending?): Case voluntarily dismissed.

7. Approximate date of filing Lawsuit: 9-10-2021.

8.) Approximate date of disposition: 8-9-2022.

9.) Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted, and (or did the court tell you that you received a "strike?"): No.

II. Previous Lawsuits

1. Parties to Previous Lawsuits:
   Plaintiff(s): Lee

   Defendant(s): Stover
2. Court (if federal court, name of the district; if state court, name of the county): Southern District.
3. Docket number: 3:21-cv-00900-GCS
4. Name of Judge to whom case was assigned: Gilbert C. Sison
5. Type of case (for example: was it a habeas corpus, or civil rights action): Civil Rights action.
6. Disposition of case (for example: was the case dismissed? Was it appealed? Is it still pending): Case dismissed.
7. Approximate date of filing lawsuit: 8-9-2021.
8. Approximate date of disposition: 5-13-2022.
9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?": No.

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☑Yes ☐No

*16 Total cases*

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):  Lee

V.

Defendant(s):  Cook County Sheriff

2.   Court (if federal court, name of the district; if state court, name of the county):  Northern District.

3.   Docket number:  1:16-cv-00-6412

4.   Name of Judge to whom case was assigned:  Gary Fepneman

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):  Cvvil Rights action

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):  dismissed, No Appeal.

7.  Approximate date of filing lawsuit: 6-20-2016.

8.  Approximate date of disposition: 2017.

9.  Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" No,

## III.   GRIEVANCE PROCEDURE

A.  Is there a prisoner grievance procedure in the institution? ☑ Yes   ☐ No

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?                                    ☑ Yes   ☐ No

C.  If your answer is YES,
    1.  What steps did you take? explained each detail in GRievance(s).

    2.  What was the result? Zero Results/ RemdPes were given.

D.  If your answer is NO, explain why not.

E.  If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                          ☐ Yes   ☐ No

F.  If your answer is YES,
    1.  What steps did you take?

Rev. 10/3/19

JB Pritzker
Governor



Rob Jeffreys
Director

### The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL 62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:    July 15, 2022

TO:    K. Pierce, Grievance Office

FROM:    Angela Crain, RN, BSN, HCUA

SUBJECT: Lee, Michael Y17162 Emergency Grievance 101-7-22

---

I am in receipt of Individual in Custody Lee, Michael Y17162 Emergency Grievance 101-7-22 dated 6/22/2022 regarding medical treatment. Individual in custody grieves requesting Nurse Sick Call (NSC) from 6/14/22 – 6/21/22 for lumps in right breast, green fluid leaking from breast, blood leaking from breast and brown puss leaking from penis without being seen. Per review of the individual in custody medical records, the individual in custody was seen by NSC on 6/14/22 for discomfort in left breast. The individual in custody was scheduled to receive a Estradiol hormone injection but refused the appointment. The HCU has not received a written request from the individual in custody regarding the above concerns since being seen by NSC on 6/14/22. The individual in custody will be scheduled on the next available NSC line in his living unit to address his medical concerns, as protocol requires.

Angela Crain, RN, BSN, HCUA

*[handwritten annotations:]*

The uNDeRLiNe PRoves
ANGela CRAiN was awaRe
FRoM 6-14-22 - 6-21-2022
That Blood and Puss was
Leaking FRoM Lee's Penis
as well as BReast, BuT
Chose To igNoRe That Lee was oNly seeN By
a nuRse on 6-14-22 without ANy TReatMent.
oN 7-15-2022 ANgela CRAiN PRove Lee still
Has not Been seen foR issues in grievance 101-7-22

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*



JB Pritzker
Governor

314-7-2 Rob Jeffreys
Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL 62259 • (618) 826-5071 TDD: (800) 526-0844

# MEMORANDUM

DATE:     August 3, 2022

TO:        K. Pierce, Grievance Office

FROM:    Angela Crain, RN, BSN, HCUA

*Response to Lee's ← G Rievance*

SUBJECT: Lee, Michael Y17162 Emergency Grievance 314-7-22

---

I am in receipt of Individual in Lee, Michael Y17162 Emergency Grievance 314-7-22 dated 7/25/2022 regarding medical treatment. Individual in custody grieves writing Nurse Sick Call (NSC) for complaints of blood and green liquid leaking from his left breast and decolored fluid leaking from his penis with pain in his testicles. The individual in custody also grieves he had received a low gallery permit prior to transferring to Menard for seizures and needs a doctor to write a permit here for it. Per review of the individual in custody medical records, he grieved the above complaints in grievance 202-12-21. In response to the complaints in grievance 202-12-21 on 5/6/22, the individual in custody was scheduled to be seen by an MD/NP for his medical concerns and permit requests. On 5/11/22 the individual in custody was scheduled to be seen by NP Crane to address his above complaints but refused the appointment. Signed refusal is in the individual in custody medical records, right to refuse. The individual in custody was seen by NSC on 6/14/22 with left breast concerns and was referred to an MD/NP call line. The individual in custody is awaiting his referred appointment with an MD/NP.

Angela Crain, RN, BSN, HCUA

*Angela Crain once Again on August 3Rd Proves Lee was Not Seen By A MD/NP For Issues concERning Blood Leaking From BReast And PeniS. No Pain Med's given To Lee. Lee did Not Refuse on 5-11-2022, FoR Months Lee has Been forced To SuffeR*

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*



JB Pritzker
Governor

Rob Jeffreys
Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:    August 25, 2022

TO:       K. Pierce, Grievance Office

FROM:    Angela Crain, RN, BSN, HCUA

SUBJECT: Lee, Michael Y17162 Emergency Grievance 188-8-22

I am in receipt of Individual in Custody Lee, Michael Y17162 Emergency Grievance 188-8-22 dated 8/8/2022 regarding medical treatment.  Individual in custody grieves not being provided medical attention for the blood/semen leaking from the penis with pain in the testicles and fluid leaking from breasts with pain. Per review of the individual in custody medical records, he was referred to an MD/NP call line on 6/14/22, 7/22/22, and 7/29/22.  The individual in custody is awaiting his referred appointment with an MD/NP call line. He was not referred as emergent.

*Angela Crain, RN, BSN, HCUA*

*AS OF 8-25-22
Lee STILL has NOT Receive
PAIN MEds, OR SEEN BY
A MD/NP.*

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

2. What was the result?

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any
response you received. If you cannot do so, explain why not:

NOTCB  PlaqnTPFF  has  exhausted
Kexdies  wofth  4  dPFPRent
G·RPeVanCe's.
gRPevance # 202-12-21  DaTed 5-6-2022
gRPevance # 101-7-22  DaTed 6-22-2022
gR-Pevance # 314-7-22  DaTed 7-25-2022
gR Pevance # 188-8-22  DaTed 8/8/2022

## IV.   STATEMENT OF CLAIM

**A.**   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Claim #1 On 5-11-22 AT Menards CC nurse Practitioner CranE APProached Lee's cell and stated CC Lee Because you Have wrote greevance # 203-12-21 on Me and Medical staff Lee will Prolong Your Treatment on all Medical issues you are complaining About. Claim #2 C/O J. Powell Badge # 6774 stated to Lee CC we can easily Mark You as Refused Treatment And Not Document Your Request SIPPS So stop writing greevances. Then An hour Later on 5-11-2022 J. Powell stated CC I hate Transgenters. And Because you go home in October of 2022 CRANE stated she will Make Sure The other nurse Practitioner A. Dearmond does not Treat Me. On 6-22-22 Lee was Tulling Medical Through Request SIPPs That Brown Puss, and Blood Leaks daily From Penis and Pain is high in Testicles daily. lee Also Told A. Dearmond Blood and green fluid Leaks From Lee's Breast and Pain and LumPs have occured on Breast. A. Dearmond Refused Lee Meds For Pain and Futher Treatment. Then on 6-22-2022 Angela CRain was very aware of All of Lee's Medical concerns and Refused To helP Lee. Claim #3 on 7-15-2022 wrote another greevance saying The Blood and Puss has continued To Leak From Penis and Brown is in pain and Breast and Lee Angela CRain Refused To Place Lee in US A emergency. On 5-6-2022 J. Powell Told Lee CRane will Like To see Lee But Sense Lee is Transgender he will Tell CRane Lee is Refusing, Lee was Refused Medical. Lee wrote 1 Request SIPP To Medical HCU FROM 5-6-2022 Through 8-25-2022 and still A. Dearmond, CRane, Angela CRain, and J. Powell all Refuse's To helP Lee. On 8-25-22 Angela CRain stated Lee was referred to A NP/Md on 6-14-22, 7-22-22, and 7-29-22 But Lee issues is not a emergency. Lee Has not Been Seen.

V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

(1.) FOR PLAINTIFF TO Be allowed To Sue each Defendant In TheIR IndIVIdual, capacity. (2.) FOR each Defendant To Be Sued In TheIR OFFICIal capacity. (3.) FOR Defendants To PAY MonETARY damages In The Ammount deTeRMIND BY PLaIntIFF. (4.) FOR Defendants To PAY PUnITIVY damages In The Ammount Agreed BY PLaIntIFF. (5.) FOR a FaST & SPeedY TRIal. (6.) FOR all claIm To Be TTRIed BY JURY. (7.) ANY RelIeF The COURt deems JUST And PROPER.

VI.    JURY DEMAND (check one box below)

The plaintiff ☑ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:   9-14-2022
                  (date)

P.O. Box
Street Address

Menard, FL 62259
City, State, Zip

Signature of Plaintiff

MIchael lee
Printed Name

Y-17162
Prisoner Register Number

Signature of Attorney (if any)

Rev. 10/3/19

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

Michael lee Y-17162                    )
       Plaintiff,                    )
                     )
VS.                                     )       Case No.: _____
                     )
    J. Powell #6774                    )
       Defendant                    )

## NOTICE OF FILING

TO:  U.S. District Court          TO:  _____
     750 Missouri Ave               _____
     East St Louis, FL              _____
     62201                          _____

TO:  _____      TO:  _____
     _____         _____
     _____         _____

PLEASE TAKE NOTICE that on _____, 20_____, I have provided service to the person(s) listed above by the following means:

☐    Electronically filed through _____ Correctional Law Library

☑    Institutional mail at ___Menard___ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 9-14-2022

/s/ M. Lee
NAME: Michael Lee
IDOC#: Y-17162
___Menard___ Correctional Center
P.O. Box ___1000___
___Menard___, IL 62259

EXHIBIT #7

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MOTION TO SUBMIT legal ARGUMENTS

PLAINTIFF
        Lee
-VS-
Defendant
        ~~~~~~~~~ J. Powell 6774

(1.) HEREBY comes Lee whom makes THE COORT
        Aware as ILLINOIS DEPARTMENT OF
        CORRECTIONS, And STATE Laws is CLEAR
        That when A OFFICER is aware
        of harm Happening upon A PRISONER
        And Fails To PREVENT and / oR
        Seperate Both PRISONERS To avoid
        AlTERCUTIONS The officers aware Fails
        UNDER Failure To PROTECT.
(2.) There is A Policy at all ILLINOIS PRISONS,
        When a PRISONER has a Incident with AnoTHER
        PRISONER A HSF shall Be GeneRated
        which is completed and signed By The
        WARDEN AT each PRISON To Keep Both
        PRISONERS, OR MORE SAFE And sepeRcaTe.

                SIGNATURE X X. Lee  9-14-2022
                        MICHAEL, Lee ID# Y-17162

*el lee Y-17162
rd, CC
Box 1000
Td, FL 62259

MAIL
US

CLERM
U.S. DISTRICT COURT
750 MISSOURI AVE
East ST. LOUIS, FL 62201

Correspondence from Individual in Custody

Legal Mail

ZIP 62259
02 4W
0000387519

US POSTAGE
$ 002.16⁰
SEP 13 2022

RECEIVED

SEP 16 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE